```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

TRACY ALLEN,                        :

    Plaintiff,                    :

vs.                                 :        CIVIL ACTION 08-00227-WS-B

ISAAC MOODY, *et al.*,              :

    Defendants.                   :


## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is ORDERED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

DONE this 24th day of August, 2010.


                     s/WILLIAM H. STEELE
                     CHIEF UNITED STATES DISTRICT JUDGE