IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TRACY ALLEN, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 08-00227-WS-B |
| ISAAC MOODY, *et al.*, | : | |
| Defendants. | : | |

**JUDGMENT**

It is ORDERED, ADJUDGED, and DECREED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

DONE this 24th day of August, 2010.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE